UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LaMarr Love,　　　　　　　　　　　　　　　　Civil 09-701 DSD/FLN

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　O R D E R

United States of America, et al.,

    Defendants.
_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated May 18, 2010, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for summary judgment [#26] is DENIED; and

2. Defendants' motion to dismiss, or, in the alternative, for summary judgment [#18] is GRANTED.

DATED: June 4, 2010

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court